JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON JAMES AUCOIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>B. BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-06678-KK-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 8, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE